719 A.2d 306

Anthony T. MILLILI, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT of TRANSPORTATION, BUREAU of DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

Oct. 27, 1998.

Timothy P. Wile, Asst. Counsel In-Charge, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 27th day of October, 1998, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether a request that a licensee initially submit to two methods of chemical testing violates 75 Pa.C.S.A. § 1547(a), thereby excusing the licensee from undergoing any type of testing.